ORIGINAL

**FILED**

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0636

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0636

_____

A.O.

     Petitioner and Appellee,

v.

FREDERICK J. KEITEL, III,

     Respondent and Appellant.

                                    O R D E R

_____

Upon consideration of Appellant's motion for and extension of time,

IT IS HEREBY ORDERED that Appellant has until March 24, 2025, to prepare, file, and serve the opening brief.

Dated this 18th day of February, 2025.

For the Court,

_____
Chief Justice

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana